# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GUSTAVE J. LABARRE, JR., ET AL

NO. 2021 CW 1296

VERSUS

OCCIDENTAL CHEMCIAL COMPANY, ET AL

**FEBRUARY 1, 2022**

---

In Re: Zurich American Insurance Company, Steadfast Insurance Company, and American Guarantee & Liability Insurance Company applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 33796.

---

**BEFORE: GUIDRY, HOLDRIDGE, AND HESTER, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**JMG**
**GH**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT